UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY MARTIN, AS NEXT FRIEND AND GUARDIAN OF BABY A.M. | ) ) | CIVIL ACTION NO. 1:19-op-45510 MDL NO. 1:17-md-02804 |
| Plaintiff, | ) ) | |
| -vs- | ) ) | O R D E R |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC., ET AL | ) ) ) ) | |
| Defendant, | ) ) ) | |

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 19, 2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge